

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROSALIE GRAF SCHNEIDER, | § | No. 08-14-00300-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number Five |
| CHARLES WHATLEY AND VIRGINIA WHATLEY, | § | of El Paso County, Texas |
| | § | |
| Appellees. | § | (TC# 2014-CCV00803) |
| | § | |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF NOVEMBER, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating